**Ex parte Thomas C. KNIGHT.**

No. 24051.

Court of Criminal Appeals of Texas.

March 31, 1948.

Ted Chilcote and Joseph E. Jackson, both of Tyler, for appellant.

Ernest S. Goens, State's Atty., of Austin, for the State.

GRAVES, Judge.

Relator has filed in this court his request, properly acknowledged and sworn to, requesting this court to dismiss his appeal herein.

The request will be granted, and the appeal is hereby dismissed.

**BOOTH v. STATE.**

No. 23979.

Court of Criminal Appeals of Texas.

March 24, 1948.

No appearance for appellant.

Ernest S. Goens, State's Atty., of Austin, for the State.

GRAVES, Judge.

The conviction is for the unlawful possession of untaxed liquor. The penalty assessed is a fine of $150.

The record is before us without a statement of facts or bills of exception, in the absence of which no question is presented for review.

The judgment of the trial court is therefore affirmed.

**STOW v. STATE.**

No. 23965.

Court of Criminal Appeals of Texas.

March 10, 1948.

No attorney for appellant.

Ernest S. Goens, State's Atty., of Austin, for the State.

HAWKINS, Presiding Judge.

Conviction is for driving a motor vehicle while intoxicated, punishment assessed at a fine of $50.00.

The complaint and information properly charge the offense. The record contains neither statement of facts nor bill of exception. In such condition nothing is presented for review.

The judgment is affirmed.